AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT

United States District Court
Southern District of Texas
FILED

## for the
### Southern District of Texas

SEP - 6 2017

David J. Bradley, Clerk

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Sonia Sussette LUCIO, YOB: 1995, COC: US | )   Case No. M-17-1583-M |
| | ) |
| | ) |
| | ) |
| _Defendant(s)_ | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___September 5, 2017___ in the county of ___Starr___ in the
___Southern___ District of ___Texas___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 United States Code § 554 | Did knowingly and willfully attempt to export or send from the United States, any merchandise, article, or object, to wit: approximately 2,000 rounds of 7.62X39mm caliber ammuntion, contrary to any law or regulation of the United States, or receives, conceals, buys, sells, or in any manner facilitates the transportation, concealment, or sale of such merchandise, article or object, prior to exportation, knowing the same to be intended for exportation contrary to any law or regulation of the United States. |

This criminal complaint is based on these facts:

### SEE ATTACHMENT "A"

✓ Continued on the attached sheet.

approved by
TU84 Knop

_Complainant's signature_

Gerardo Mercado, HSI Special Agent
_Printed name and title_

Sworn to before me and signed in my presence.

Date:  9/6/2017   8:53 a m

_Judge's signature_

City and state:   McAllen, Texas

Peter E. Ormsby, U.S. Magistrate Judge
_Printed name and title_

ATTACHMENT A

I.     On September 5, 2017, Homeland Security Investigations McAllen, Texas (HSI McAllen) Special Agents (SAs) and U.S. Customs and Border Protection Officers (CBPOs) referred a black Chrysler 300 sedan (hereinafter referred to as "Subject Vehicle") for an outbound inspection as the Subject Vehicle attempted to exit the United States into Mexico at the Rio Grande City Port of Entry (RGC POE) in Rio Grande City, Texas. The driver of the Subject Vehicle was later identified as Sonia Sussette LUCIO from Rio Grande City, Texas.

II.    At the outbound inspection, LUCIO provided CBPOs a negative customs declaration. During the outbound inspection, CBPOs discovered approximately 2,000 rounds of 7.62X39mm caliber ammunition concealed within a large speaker box located inside the Subject Vehicle's trunk area.

III.   HSI Agents conducted a post-Miranda custodial interview of LUCIO at the RGC POE. LUCIO admitted she purchased the ammunition at a sporting goods store in Edinburg, Texas. LUCIO admitted she was aware the ammunition was concealed within the Subject Vehicle's speaker box and intended to illegally smuggle/export the ammunition from the United States into Mexico. LUCIO admitted she is aware it is against the law to illegally smuggle/export ammunition from the United States into Mexico.

IV.    According to the Department of State, Office of Defense Trade Controls Compliance (DTCC), ammunition is determined to be a defense article described on the United States Munitions List (USML) and regulated for export pursuant to the Arms Export Control Act (Title 22 United States Code 2778). The 7.62x39mm ammunition is covered under Category III (a) on the USML.